IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JOHNNY MELVIN GREER, JR.,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF
AMERICA; BARRY GOODRICH;
JAMES SELLERS; Chief MILES;
Sergeant ODEM; and Sergeant
BURKETT,

    Defendants.

CIVIL ACTION NO.: CV510-080

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Corrections Corporation of America, Chief Miles, and Warden Barry Goodrich are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this 13 day of October, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA